UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN, *et al.*,<br><br>Movants,<br><br>-against-<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | 26-MC-452 (VSB)<br><br>[Arising from S.D.N.Y. No. 20-cv-2804]<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the motion of Movants Corey Hardin and Chase Williams to compel non-party U.S. Securities and Exchange Commission ("SEC") to comply with a subpoena served in the District of Columbia. (Doc. 1.) This case was transferred from the District of Columbia to the Southern District of New York and assigned to me on September 12, 2026 and September 14, 2026, respectively. (Doc. 16.) Because this motion is related to discovery issues arising in Case No. 20-cv-2804 before me and being handled by Magistrate Judge Robert Lehrburger, I hereby direct the parties to make any filings relating to the motion to compel in No. 20-cv-2804. The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.
Dated: September 16, 2026
New York, New York

Vernon S. Broderick
United States District Judge